# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luticia Taylor, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>First Advantage Background Services Corporation,<br><br>Defendant. | No. CV17-1710 PHX DGC<br><br>**ORDER** |

Pending before the Court is Defendant's consent motion. Doc. 23.

**IT IS ORDERED:**

1. Defendant's consent motion (Doc. 23) is **granted in part**.

2. The parties may satisfy their obligations under Section 8 of the Court's Case Management Order through in-person good faith settlement talks between their respective counsel. Plaintiff and a representative of Defendant shall participate in the good faith settlement talks via telephone.

3. Settlement talks shall occur no later than **February 16, 2018.**

Dated this 11th day of January, 2018.

David G. Campbell
United States District Judge