Donald Peder Johnsen (011545)
dpj@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

Frederick T. Smith (admitted *pro hac vice*)
fsmith@seyfarth.com
Esther S. McDonald (admitted *pro hac vice*)
emcdonald@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3958
(404) 885-1500

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luticia Taylor, on behalf of herself and all others similarly situated, | No. 2:17-cv-01710-DGC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| First Advantage Background Services Corp., | |
| Defendant. | |

Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP., by and through its attorneys and pursuant to LRCiv 40.2(d), hereby provides notice that the parties have settled this matter.

The parties are preparing a settlement agreement and will forward to the Court a stipulation to dismiss and a proposed order after the agreement is executed.

-1-

DATED this 23d day of February, 2018.

GALLAGHER & KENNEDY, P.A.

By: /s/ Donald Peder Johnsen

Attorneys for Defendant

I certify that on this 23d day of February, 2018, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Susan Mary Rotkis (032866)
Leonard A. Bennett (*admitted pro hac vice*)
Attorneys for Plaintiff
/s/ Donald Peder Johnsen

6469353