Susan M. Rotkis, AZ Bar. #032866
Consumer Litigation Associates West, PLLC
382 South Convent Avenue
Tucson, AZ 85701
520-622-2481
srotkis@clalegal.com

*Counsel for Plaintiff*

Donald Peder Johnsen
Gallagher & Kennedy PA
2575 E Camelback Rd., Ste. 1100
Phoenix, AZ 85016-9225
602-530-8000
Fax: 602-530-8500
Email: DPJ@gknet.com

*Counsel for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

**Luticia Taylor,**
**on behalf of herself and**
**all others similarly**
**situated,**

       **Plaintiff,**

                                **Civil No. 2:17-cv-1711**
                                **STIPULATED MOTION**
                                **TO DISMISS**

**First Advantage Background Servs. Corp.,**

       **Defendant.**

      Pursuant to Fed. R. Civ. P. 41(a)(2), the Plaintiff, Luticia Taylor, and the Defendant, First Advantage Background Services Corporation, hereby stipulate and move to dismiss this action with prejudice.  The parties have settled the dispute between them.  The court shall retain

jurisdiction for the purpose of enforcement of the Settlement Agreement pursuant to *Kokkonen v. Guardian Life Ins., Co.*, 511 U.S. 375 (1994).

Respectfully submitted,
Luticia Taylor, Individually and on
behalf of all others similarly situated

By: */s/ Susan M. Rotkis*
Susan M. Rotkis, AZ Bar. #032866
Consumer Litigation Associates West, PLLC
382 South Convent Avenue
Tucson, AZ 85701
520-622-2481
srotkis@clalegal.com

*Counsel for Plaintiff*

By: */s/ Donal Peder Johnsen*
Donald Peder Johnsen
Gallagher & Kennedy PA
2575 E Camelback Rd., Ste. 1100
Phoenix, AZ 85016-9225
602-530-8000
Fax: 602-530-8500
Email: DPJ@gknet.com

*Counsel for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2018, the foregoing was filed with the Clerk, who sent by Notice of Electronic Filing a true and correct copy of the foregoing to all counsel of record:

    Esther Slater McDonald
    Seyfarth Shaw LLP - Atlanta - 1075 Peachtree
    1075 Peachtree St. NE, Ste. 2500
    Atlanta, GA 30309-3962

404-881-5424
Fax: 404-892-7056
Email: emcdonald@seyfarth.com

Donald Peder Johnsen
Gallagher & Kennedy PA
2575 E Camelback Rd., Ste. 1100
Phoenix, AZ 85016-9225
602-530-8000
Fax: 602-530-8500
Email: DPJ@gknet.com

Frederick Thomas Smith
Seyfarth Shaw LLP - Charlotte, NC
6000 Fairview Rd., Ste. 1200
Charlotte, NC 28210
404-885-1500
Fax: 404-892-7056
Email: fsmith@seyfarth.com

By: */s/ Susan M. Rotkis*