IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luticia Taylor, on behalf of herself and all others similarly situated,<br><br>           Plaintiff,<br><br>First Advantage Background Servs. Corp.,<br><br>           Defendant. | No.  CV17-1710 PHX DGC<br><br>ORDER |

This matter is before the Court on a joint motion to dismiss.  Doc. 30.

**IT IS ORDERED** that the joint motion to dismiss (Doc. 30) is **granted.**  This matter is dismissed with prejudice, each party to bear its own costs.  The Court retains jurisdiction for the purpose of enforcement of the Settlement Agreement.

Dated this 20th day of March, 2018.

_____
David G. Campbell
United States District Judge